IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TERESA JEAN MOORE,<br><br>　　　　Appellant,<br><br>　vs.<br><br>HOWARD M.S. HU,<br><br>　　　　Appellee. | Case No. 19-cv-00039-DKW-RT<br><br>Bankr. No. 17-01311<br><br>**ORDER DISMISSING CASE** |

Pursuant to the Court's oral ruling during the June 10, 2019 hearing on this matter, and consistent with the hearing minutes (EP, Dkt. No. 8), this matter is DISMISSED *without prejudice* for Appellant's failure to prosecute her appeal by not adhering with the Court's April 5, 2019 Order setting a briefing schedule (EO, Dkt. No. 6) and for Appellant's failure to comply with the Court's May 30, 2019 Order to Show Cause (Dkt. No. 7).

　　IT IS SO ORDERED.

　　Dated: June 12, 2019 at Honolulu, Hawai'i.



　/s/ Derrick K. Watson
　Derrick K. Watson
　United States District Judge